## Addams cont^a Jay &c^a

Jonathan Addams plaint. cont^a Joseph Jay and Nathanael Beale or either of them Defend^ts in an action of the case for non performance of their bargain which was to give a legall title and assurance of a parcel of Land at the North end of Boston sold by pu^rsent Defend^ts unto the plaintife and ten pounds mony money rec^d in part of payment; which they detain and refuse to give title for y^e Land &c^a w^th damages: . . . The Jury . . . found for the Defend^t costs of Court allow^d Eighteen Shillings eight pence.

## Giffard cont^a Walter

John Giffard plaint. cont^a Thomas Walter Defend^t The plaint. was nonsut^d in failure of process not rightly denominating the Defend^t and costs grant^d y^e Defend^t Four Shillings six pence.

Execut^n issued. 10th Nov^r 1679.

## Byfeild cont^a Wallis

Nathanael Byfeild Executo^r of Cap^t Thomas Clarke dece^d plaint. cont^a Nathaniel Wallis Defend^t in action of debt to value of about two and twenty pounds four Shillings due by booke with damages. . . . The Jury . . . found for the plaint. two and twenty pounds four Shillings money & costs of Court allow^d thirty one Shillings two pence.

Execution issued. 5° aug° 1679.

## Dafforne cont^a Keen

John Dafforne Attourny to Iames Matthews of New-yorke plaint. cont^a John Keen Defend^t in an action of the case for not paying the Quantity of 1051 Gilders 10 Stivers wampum or the value of £:26.5:9. or thereabouts in money due to s^d Matthews upon Account with due Interest and damages &c^a. . . . The Jury . . . found for the plaint. twenty Six pounds five Shillings nine pence in money and costs of Court allow^d thirty three Shillings.

Execution issued pr° Octob^r 1679.

[ See Keen v. Matthews, below, p. 1078.]